

Product Detail - Mozilla Firefox

File Edit View History Bookmarks Tools Help

https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y

Most Visited FlightAware - Free Fl... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...

Google gsa advantage Search Share Sidewiki Bookmarks Translate AutoFill gsa

GSA Advantage!

Tutorial | Customer Assistance | What's New | Register | LOGIN

Shopping Cart 0 items: $0.00

GSA e-Buy GSA e-Library Order History/Status Profile Parked Carts Reports

New search: in All Categories Find it! Advanced Search

Product Detail

Help on this page

**BACK-UPS ES 550 BATTERY BACKUP SYSTEM, E**

Price: $75.95

SALE $72.15 EA EA (sale ends: Dec 31, 2010)

Mfr Part#: CS9895681-FR84HX
Vendor Part #: CS9895681-FR84HX
Options/Accessories

Mfr: AMERICAN POWER CONVERSION - 2
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR

Description: 1 EA : OCONUS Priority Mail available option available. 1 EA [ 173218 ] American Power Conversion : APW-BE550G APWBE550G (Each) APC Back-UPS ES 550VA Desktop UPS - 550VA/330W - 3.3 Minute Full Load - 4 x NEMA 5-15R - Battery Backup System, 4 x NEMA 5-15R - Surge-protected, apc's Back-ups Es 550va Desktop Ups Is Now greener Than Ever. The Es 550 Utilizes An Ultra-efficient Design That Consumes Less Power During Normal Operation Than Any Other Battery Backup In Its Class, Saving You Money On Your Electricity Bill. It's Also Rohs Compliant, Which Means Its Manufacture And Ultimate Disposal Is Easier On The Environment. Backup/run Time: 13.5 Minute UPC: 0731304258940 UNSPC: 39121011 15.5L x 9.3W x 5.3H 13.4 LB 0.44 Cubes Similar to: ECO550UPSTAA INTERNET550U { CS9895681 CS9895681-F17LXM CS9895681-FR846J F17LXM FR846J APW BE550G BE550G CS9895681 CS9895681-F17LXM CS9895681-FR846J F17LXM FR846J } [ : 550 : APC : APC BACK-UPS ES : APC BACK-UPS ES 550VA DESKTOP UPS - 550VA/330W - 3.3 visit site

Contractor:
**CAPITOL SUPPLY,INC.**
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business:

ARRA American Recovery and Reinvestment Act of 2009
Disaster Recovery Purchasing Items

Qty: ADD to Cart **Instructions:** Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.

| | Price/Unit | | Contractor | Socio | Photo | Delivery | Min. Order | Stock Status | FOB/Shipping |
|---|---|---|---|---|---|---|---|---|---|
| ◉ | SALE $72.15 | EA EA | CAPITOL SUPPLY,INC. | s | | 2 days delivered ARO | $25.00 | Direct Delivery | ND-CONUS,AK,PR,HI |

CAPITOL – EX. 10

Product Detail - Mozilla Firefox

File Edit View History Bookmarks Tools Help

https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y

Most Visited FlightAware - Free Fli... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...

Google gsa advantage Search Share Sidewiki Bookmarks Translate AutoFill gsa

GSA Advantage!

Tutorial | Customer Assistance | What's New | Register | LOGIN

GSA e-Buy | GSA e-Library | Order History/Status | Profile | Parked Carts | Reports

Shopping Cart 0 items: $0.00

New search: in All Categories Find it! Advanced Search

## Product Detail

Help on this page

**SMART-UPS - UPS - EXTERNAL - LINE INTERA**
Price:$571.22
SALE **$542.66** EA EA (sale ends: Dec 31, 2010)

Description: 1 EA [ 961481 ] AMERICAN POWER - LATIN AMERICA : SUA1000US SUA1000US (Each) SMART-UPS - UPS - EXTERNAL - LINE INTERACTIVE - AC 120 V - 670 WATT / 1000 VA -, SMART-UPS - UPS - EXTERNAL - LINE INTERACTIVE - AC 120 V - 670 WATT / 1000 VA - ENERGY STAR UPC: 731304105312 UNSPC: 39121011 13.1L x 23.5W x 14.8H 49.2 LB { CS9670345 CS9670345-F7BSWG F7BSWG SUA1000US SUA1000US CS9670345 CS9670345-F7BSWG F7BSWG } [ : : : : 961481 : ] (continue) visit site

Contractor:
**CAPITOL SUPPLY,INC.**
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;

Mfr Part#: CS9670345-F7BSWG
Vendor Part #: CS9670345-F7BSWG
Mfr: AMERICAN POWER - LATIN AMERICA
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR

ARRA American Recovery and Reinvestment Act of 2009
DISAST RECOV Disaster Recovery Purchasing items

Qty: ADD to Cart **Instructions:** Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.

| | Price/Unit | | Contractor | Socio | Photo | Delivery | Min. Order | Stock Status | FOB/Shipping |
|---|---|---|---|---|---|---|---|---|---|
| ◉ | SALE $542.66 | EA EA | CAPITOL SUPPLY,INC. | s | | 2 days delivered ARO | $25.00 | Direct Delivery | ND-CONUS,AK,PR,HI |

Product Detail - Mozilla Firefox

File Edit View History Bookmarks Tools Help

https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y

Most Visited FlightAware - Free Fli... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...

Google gsa advantage Search Share Sidewiki Bookmarks Translate AutoFill gsa

Tutorial | Customer Assistance | What's New | Register | LOGIN

Shopping Cart
0 items: $0.00

GSA Advantage!

GSA e-Buy | GSA e-Library | Order History/Status | Profile | Parked Carts | Reports

New search: in All Categories Find it! Advanced Search

# Product Detail

Help on this page

**APC SMART-UPS SC 1500VA RACK-MOUNTABLE T**
Price: $368.78
SALE **$350.34** EA EA (sale ends: Dec 31, 2010)

Description: 1 EA : OCONUS Priority Mail available option available. 1 EA [ 89610A ] American Power Conversion : SC1500 SC1500 (Each) APC Smart-UPS SC 1500VA Rack-mountable Tower UPS - 1500VA/865W - 7.6 Minute Full Load - 6 x NEMA 5-15R, smart-ups Sc 1500va Ups Is Ideal For Small And Medium Businesses Looking To Protect Entry-level Servers And Networking Equipment From Power Disturbances And Outages. The Smart-ups Sc Features Network Grade Runtime, Hot Swap Batteries, And Built-in Data Line Protection For Worry Free Uninterruptible Power Protection For Increased Availability. The Included Powerchute Business Edition Software, Which Has An Installed Base In The Millions, Gives Entry-level Network And Server Users A Proven Ups Management Solution. Additional Information: front-access Servicing, multiple Mounting Methods, automatic Restart Of Loads After Ups Shutdown, Infrastruxure Manager Compatible, predictive Failure Notification, cold-start Capable UPC: 0731304222668 UNSPC: 39121011 29.25L x visit site

Mfr Part#: CS9897760-FRR9ZY
Vendor Part #: CS9897760-FRR9ZY
Options/Accessories

Mfr: AMERICAN POWER CONVERSION - 2
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR

Contractor:
**CAPITOL SUPPLY,INC.**
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;

ARRA American Recovery and Reinvestment Act of 2009
DISASTER RECOV Disaster Recovery Purchasing items

Qty: ADD to Cart **Instructions:** Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. ✓ Indicates when volume discounts are offered.

| | Price/Unit | Contractor | Socio | Photo | Delivery | Min. Order | Stock Status | FOB/Shipping |
|---|---|---|---|---|---|---|---|---|
| ◉ | SALE $350.34 EA EA | CAPITOL SUPPLY,INC. | s | | 2 days delivered ARO | $25.00 | Direct Delivery | ND-CONUS,AK,PR,HI |

Product Detail - Mozilla Firefox
File Edit View History Bookmarks Tools Help
https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y
Most Visited FlightAware - Free Fli... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...
gsa advantage
Tutorial | Customer Assistance | What's New | Register | LOGIN
GSA Advantage!
GSA e-Buy GSA e-Library Order History/Status Profile Parked Carts Reports
Shopping Cart 0 items: $0.00
New search: in All Categories Find it!
Advanced Search
Product Detail
Help on this page
KONICA MINOLTA PAGEPRO 5650EN LASER PRIN
Price: $688.76
SALE $654.32 EA EA (sale ends: Dec 31, 2010)
Description: 1 EA : OCONUS Priority Mail available option available. 1 EA [ Q12319 ] Konica Minolta : A0DX012 A0DX012 (Each) Konica Minolta PagePro 5650EN Laser Printer - Monochrome Laser - 45 ppm Mono - 1200 x 1200 dpi - USB, USB, Parallel, Network - Gigabit Ethernet - PC, Mac, with A First Page Out In As Fast As 7.9 Seconds And Following Pages At 45 Ppm, The Pagepro 5650en Is Designed For Workteam Demands. Its Emperor Printer Architecture And Advanced 500 Mhz Processor Keep Print Jobs Moving Efficiently. Advanced Functions, Such As Direct Print And Secure Print Services, Are Supported By An Optional 40 Gb Hard Drive. Additional Information: custom Media Sizes: cassette: width: 3.87 - 8.5 Inch, height: 5.83 - 14 Inch, multipurpose Tray: width: 3 - 8.5 Inch, height: 5 - 35.4 Inch UPC: 039281048494 UNSPC: 43212105 22.1L x 22.1W x 23H 62 LB 6.52 Cubes Similar to: 91645201 LPT-040-48 ML-4551N ML-4551NDR { CS9688151 CS9688151-F6TBX3 CS9688151-F7DP94 F6TBX3 F7DP94 A0DX012 A0DX012 CS9688151 CS
visit site
Contractor:
CAPITOL SUPPLY,INC.
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;
Mfr Part#: CS9688151-F7DP94
Vendor Part #: CS9688151-F7DP94
Options/Accessories
Mfr: KONICA MINOLTA - 2 DAY
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR
American Recovery and Reinvestment Act of 2009
Disaster Recovery Purchasing items
Qty:
Instructions: Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.
Price/Unit Contractor Socio Photo Delivery Min. Order Stock Status FOB/Shipping
SALE $654.32 EA EA CAPITOL SUPPLY,INC. s 2 days delivered ARO $25.00 Direct Delivery ND-CONUS,AK,PR,HI

Product Detail - Mozilla Firefox
File Edit View History Bookmarks Tools Help
https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y
Most Visited FlightAware - Free Fli... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...
gsa advantage
Tutorial | Customer Assistance | What's New | Register | LOGIN
GSA Advantage!
GSA e-Buy GSA e-Library Order History/Status Profile Parked Carts Reports
Shopping Cart
0 items: $0.00
New search: in All Categories Find it!
Advanced Search
Product Detail
Help on this page
8938615 TONER, 12000 PAGE-YIELD, MAGENTA
Price: $230.12
SALE $218.61 EA EA (sale ends: Dec 31, 2010)
Description: 1 EA : OCONUS Priority Mail available option available. 1 EA [ H78152 ] Konica Minolta : QMS-8938615 QMS8938615 (Each) Konica Minolta Magenta Toner Cartridge - Laser - 12000 Page - Magenta, Brand Name: Konica Minolta UPC: 0039281040276 UNSPC: 44103103 5.3L x 23.1W x 5.4H 1.95 LB { CS9687937 CS9687937-F6TM6M CS9687937-F7YDJG F6TM6M F7YDJG QMS 8938615 8938615 CS9687937 CS9687937-F6TM6M CS9687937-F7YDJG F6TM6M F7YDJG } Companion Product to: ( 4039321 ) [ : 7450 : 8938615 : CARTRIDGE : KO : KONICA : KONICA MINOLTA : KONICA MINOLTA 8938615 11944348 H78152 H78152 44103103 0039281040276 68451D 8938615 202730441 209256749 211315648 1147567 KONICA MINOLTA TONER CARTRIDGE MAGENTA LASER 12000 PAGE : KONICA MINOLTA MAGENTA TONER CARTRIDGE - LASER - 12000 PAGE - MAGENTA KONICA MINOLTA 11944348 8938615 TONERS & CARTRIDGES 0039281040276 44103103 1147567 202730441 8938615 68451D H78152 H78152 8938615 : KONICA MINOLTA MAGENTA TONER CARTRIDGE - LASER - 12000 PAGE - MAGENTA KONICA MINOLTA 11944348 visit site
Contractor:
CAPITOL SUPPLY,INC.
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;
Mfr Part#: CS9687937-F7YDJG
Vendor Part #: CS9687937-F7YDJG
Options/Accessories
Mfr: KONICA MINOLTA - 2 DAY
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR
American Recovery and Reinvestment Act of 2009
Disaster Recovery Purchasing Items
Qty:
Instructions: Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.
Price/Unit Contractor Socio Photo Delivery Min. Order Stock Status FOB/Shipping
SALE $218.61 EA EA CAPITOL SUPPLY,INC. s 2 days delivered ARO $25.00 Direct Delivery ND-CONUS,AK,PR,HI

Product Detail - Mozilla Firefox

File Edit View History Bookmarks Tools Help

https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y

Most Visited | FlightAware - Free Fli... | AccuWeather.com | landing-compuserve | Home - Federal Busin... | First Citizens Bank - ... | Data Transformation ... | Metal spinning worksh...

Google gsa advantage | Search | Share | Sidewiki | Bookmarks | Translate | AutoFill | gsa

GSA Advantage!

Tutorial | Customer Assistance | What's New | Register | LOGIN

GSA e-Buy | GSA e-Library | Order History/Status | Profile | Parked Carts | Reports

Shopping Cart 0 items: $0.00

New search: in All Categories Find it! | Advanced Search

## Product Detail

Help on this page

**LEXMARK W840DN LOW VOLTAGE LASER PRINTER**

Price: $5,089.08

SALE **$4,834.63** EA EA (sale ends: Dec 31, 2010)

Description: 1 EA [ 2092283 ] LEXMARK LASERS : 25A0222 25A0222 (Each) Lexmark W840DN Low Voltage Laser Printer Government Compliant - Monochrome Laser - 50 ppm Mono - 2400 dpi - Parallel - Fast Ethernet - PC, Mac, SPARC, the Lexmark W840dn Provides Wide Format (a3, Ledger) And High Performance With 50 Ppm, A 625 Mhz Processor, A Time To First Page As Fast As 6.8 Seconds. With Standard 256mb Of Memory, Expandable To 768mb And Up To 300000 Page Per Month Duty Cycle, The Lexmark W840dn Easily Handles High Volume Printing Needs. Additional Information: media Custom Size: 3.5 X 3.8 To 11.7 X 17 Inch UPC: 0734646019187 UNSPC: 43212105 168 LB Similar to: 010-10326-01 015201212BX1001 20G0173 HL-2070N { CF1156659 CF1156659-AA CF1156659-MRVP CS2578205 CS2578205-CWP9WF CS2578205-H8DJ6 CWP9WF H8DJ6 25A0222 25A0222 CF1156659 CF1156659-AA CF1156659-MRVP CS2578205 CS2578205-CWP9WF CS2578205-H8DJ6 CWP9WF H8DJ6 } [ : & : 0734646019187 : 10 : 1010019762 : 202847780 : 2092283 : 2400 : 25A0222 : 3/4 : 50 : 7 : 8 visit site

Mfr Part#: CS2578205-F7CJF5
Vendor Part #: CS2578205-F7CJF5

Mfr: LEXMARK LASERS - 2 DAY
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR

Contractor:
**CAPITOL SUPPLY,INC.**
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;

ARRA American Recovery and Reinvestment Act of 2009
DISASTER RECOV Disaster Recovery Purchasing items

Qty: ADD to Cart **Instructions:** Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.

| | Price/Unit | Contractor | Socio | Photo | Delivery | Min. Order | Stock Status | FOB/Shipping |
|---|---|---|---|---|---|---|---|---|
| ◉ | SALE $4,834.63 EA EA | CAPITOL SUPPLY,INC. | s | | 2 days delivered ARO | $25.00 | Direct Delivery | ND-CONUS,AK,PR,HI |

Product Detail - Mozilla Firefox
File Edit View History Bookmarks Tools Help
https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y
Most Visited FlightAware - Free Fli... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...
gsa advantage
Search Share Sidewiki Bookmarks Translate AutoFill gsa
Tutorial | Customer Assistance | What's New | Register | LOGIN
GSA Advantage!
GSA e-Buy GSA e-Library Order History/Status Profile Parked Carts Reports
Shopping Cart
0 items: $0.00
New search: in All Categories Find it!
Advanced Search
Product Detail
Help on this page
PANASONIC KX-P3200 DOT MATRIX PRINTER -
Price: $300.57
SALE $285.54 EA EA (sale ends: Dec 31, 2010)
Description: 1 EA [ 702510 ] PANASONIC : PAN-KX-P3200 PANKXP3200 (Each) Panasonic KX-P3200 Dot Matrix Printer - 330 cps Mono - 240 x 216 dpi - Parallel, Serial,, long Life Ribbon, straight Paper Path, high Speed Printing, parallel & Serial Interfaces, easy-access Bottom Push Tractor, accommodates Up To 5-part Forms Additional Information: noise Level: < 55 Db(a), copies: Up To Original +4, reliability 5000 Hrs Mtbf 25% Duty Cycle, thickness Continuous: Maximum Thickness 0.014, paper Specifications: 4.0 To 10.0 Inches, 16 To 24 Lbs, line Feed Time (approxmate): 90 Msec. (with 1/6 Inch Line Feeding) character Sets: ibm Mode: 17 Character Set Tables, epson Mode: 1 Italic, 17 Character Set Tables, 15 International Characters And Legal Set print Direction Text: bi-directional (user Selectable Unidirectional), graphics: Unidirectional printing Sizes (cps): 5, 6, 7.5, 8.5, 10, 12, 15, 17, 20 characters Per Line (cpl): 40, 48, 60, 68, 80, 96, 120, 137, 160 < UPC: 0092281050232 UNSPC: 43212102 1 visit site
Contractor:
CAPITOL SUPPLY,INC.
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;
Mfr Part#: CS74293-CZ5L9
Vendor Part #: CS74293-CZ5L9
Mfr: PANASONIC - 2 DAY
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR
American Recovery and Reinvestment Act of 2009
Disaster Recovery Purchasing items
Qty:
Instructions: Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. Indicates when volume discounts are offered.
Price/Unit Contractor Socio Photo Delivery Min. Order Stock Status FOB/Shipping
SALE $285.54 EA EA CAPITOL SUPPLY,INC. s 2 days delivered ARO $25.00 Direct Delivery ND-CONUS,AK,PR,HI

Product Detail - Mozilla Firefox

File Edit View History Bookmarks Tools Help

https://www.gsaadvantage.gov/advgsa/advantage/catalog/product_detail.do?contractNumber=GS-02F-0100N&BV_UseBVCookie=Y

Most Visited FlightAware - Free Fl... AccuWeather.com landing-compuserve Home - Federal Busin... First Citizens Bank - ... Data Transformation ... Metal spinning worksh...

Google gsa advantage Search Share Sidewiki Bookmarks Translate AutoFill gsa

GSA Advantage!

Tutorial | Customer Assistance | What's New | Register | LOGIN

GSA e-Buy | GSA e-Library | Order History/Status | Profile | Parked Carts | Reports

Shopping Cart 0 items: $0.00

New search: in All Categories Find it! Advanced Search

# Product Detail

Help on this page

**ZALMAN 460W ATX12V & EPS12V POWER SUPPLY**
Price: $104.62
SALE **$99.39** EA EA (sale ends: Dec 31, 2010)

Description: 1 EA : OCONUS Priority Mail available option available. 1 EA [ ZM460BAPS ] Zalman USA : ZM460BAPS ZM460BAPS (Each) Zalman 460W ATX12V & EPS12V Power Supply - 460W - ATX12V & EPS12V Power Supply, zalman 460w Atx12v & Eps12v Power Supply Is Ultra-quiet In Order To Achieve Enhanced Computing Environment. Noise Has Been Greatly Reduced With The Implementation Of The Heat-sensor Circuitry. Ez Grip Connectors For Odd & Hdd For Easy Connecting And Disconnecting Of The Plugs. Minimized Power Loss With Reduced Contact Resistance By Gold-plating The Terminals Of All Connectors. Two +12vdc Rails Of Combined Output Up To 34a Provide More Stable Power To High-end Systems. Brand Name: Zalman UPC: 823884004618 5.15 LB { CS9908320 CS9908320-FRY7GX FRY7GX ZM460BAPS ZM460BAPS CS9908320 CS9908320-FRY7GX FRY7GX } [ : POWER SUPPLIES ZALMAN ZM460BAPS 1010147905 39121004 ZM460BAPS 203274805 ZALMAN 460W ATX12V & EPS12V POWER SUPPLY 460 W : POWER SUPPLIES ZALMAN ZM460BAPS 1010147905 39121004 ZM460BAPS 2032 visit site

Mfr Part#: CS9908320-FRY7GX
Vendor Part #: CS9908320-FRY7GX
Options/Accessories

Mfr: ZALMAN USA - 2 DAY
Made In: UNITED STATES OF AMERICA
Warranty: 1 YR

Contractor:
**CAPITOL SUPPLY,INC.**
1000 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33323
http://www.capitolsupply.com
Phone: 8884855001 DUNS: 131781643
Email: Sales@CAPITOLSUPPLY.COM
GS-02F-0100N (ends: Apr 30, 2013)
Small Business;

ARRA American Recovery and Reinvestment Act of 2009
DISAST RECOV Disaster Recovery Purchasing items

Qty: ADD to Cart **Instructions:** Select price below, enter qty at left, then Add to Cart. To view another contractor description, simply select the Contractor in the list below. ✓ Indicates when volume discounts are offered.

| | Price/Unit | Contractor | Socio | Photo | Delivery | Min. Order | Stock Status | FOB/Shipping |
|---|---|---|---|---|---|---|---|---|
| ◉ | SALE **$99.39** EA EA | **CAPITOL SUPPLY,INC.** | s | | 2 days delivered ARO | $25.00 | Direct Delivery | ND-CONUS,AK,PR,HI |