UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *ex. rel.* Louis Scutellaro,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAPITOL SUPPLY, INC.,<br><br>                    Defendant. | Civil Action No. 10-1094 (BAH)<br>Chief Judge Beryl A. Howell |

## ORDER AND NOTICE

Upon consideration of the defendant Capitol Supply, Inc.'s Motion for Summary Judgment, Def.'s Mem. Mot. Summ. J., ECF No. 92, the relator Louis Scutellaro's Motion for Summary Judgment, Rel.'s Mot. Summ. J., ECF No. 96, the government's Motion for Summary Judgment, U.S. Mot. Summ. J., ECF No. 94, as well as motions for adverse inference by the relator and by the government, Rel.'s Mot. Adv. Inf., ECF No. 93; U.S. Mot. Adv. Inf., ECF No. 95, the related legal memoranda in support and in opposition to all five motions, the declarations and exhibits attached thereto, and the entire record herein, it is hereby

**ORDERED** that the relator's and government's Motions for Adverse Inference are GRANTED; and it is further

**ORDERED** that each party's Motion for Summary Judgment is DENIED, as genuine issues of material fact remain as to (1) falsity, (2) *scienter*, and (3) damages; and it is further

**ORDERED** that the parties shall, by April 14, 2017, file jointly a proposed schedule to control further proceedings in this case, including three proposed dates for commencement of the trial during the period July 31, 2017, through August 7, 2017, and

**NOTICE** is hereby given that a Memorandum Opinion regarding the five aforementioned Motions will be issued within 30 days.

**SO ORDERED.**

Date: March 31, 2017

_____
BERYL A. HOWELL
Chief Judge